# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES v. MICHAEL STALLWORTH          DOCKET NO.: 3:07-cr-00368 (MAS)

## PETITION FOR WRIT OF HABEAS CORPUS

( **X** ) Ad Prosequendum          (   ) Ad Testificandum

1. **Michael Stallworth:**   USMS # 41376-050, DOB 05/03/1987 (hereinafter the "Detainee") is now confined at:

**OCEAN COUNTY JAIL**
114 Hooper Ave
Toms River, NJ 08753

2. The Detainee is charged in this District by:   (   ) Indictment   (   ) Information   (   ) Complaint
( **X** ) Violation of Supervised Release

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at Clarkson S. Fisher Federal Building and United States Courthouse, before the Hon. Michael A. Shipp, U.S.D.J. on **Thursday, April 6th, 2023 at 1:00 p.m.**, for a Hearing regarding Revocation of Supervised Release in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.

DATED:   February 17, 2023          */s/ Eric Suggs*
ERIC SUGGS
Assistant U.S. Attorney
Petitioner